■ In the Matter of PHILIP RUSSO, Petitioner, v MICHELLE RUSSO, Also Known as STIMMEL, Respondent. MICHELLE A. RUSSO-STIMMEL, Petitioner, v PHILIP RUSSO, Respondent.

HAYT, HAYT & LANDAU, Nonparty Respondent; EDWARD H. HONIG, Nonparty Appellant. [627 NYS2d 936] —Appeal by Edward H. Honig from an order of the Family Court, Nassau County (DeMaro, J.), dated July 8, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Judge DeMaro at the Family Court. Balletta, J. P., O'Brien, Thompson and Altman, JJ., concur.